# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 |
| | * | |
| BAYOU HAVEN BED & BREAKFAST, LLC | * | CASE NO. 18-10570 |
| | * | |
| DEBTOR | * | DIVISION "___" |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RELATED PROCEEDINGS

Bayou Haven Bed & Breakfast, LLC, Chapter 11 Debtor herein, provide the following Notice of Related Cases, pursuant to Standing Order 2007-1:

Dawn Dufrense Pekarik is the Managing Member of Debtor, Bayou Haven Bed & Breakfast, LLC which has a pending Chapter 11 Bankruptcy case filed on March 12, 2018, in the Eastern District of Louisiana, under Case No. 18-10570.

Juraj Perkarik and Dawn Dufrense Pekarik are debtors and have a pending Chapter 11 Bankruptcy case filed on March 12, 2018, in the Eastern District of Louisiana under Case No. 18-10569.

Pursuant to Standing Order 2007-1, the bankruptcy filings of Bayou Haven Bed & Breakfast, LLC and Juraj Pekarik and Dawn Dufrense Pekarik are related cases. It would promote efficient administration of the estates for such cases to be assigned to the same Judge and Trustee as there are overlapping interests between the two cases, and also avoid conflicting or inconsistent rulings.

Respectfully submitted,

By: /s/ Robin R. De Leo
Bar No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664

And

By:/s/ Wayne M. Aufrecht
Bar No. 24946
417 W. 21st Avenue
Covington, LA 70433
(985) 250-083

## CERTIFICATE OF SERVICE

I, Robin R. De Leo, hereby certify that a copy of the foregoing Notice has been served upon the following:

Office of the United States Trustee    USTPRegion05.NR.ECF@usdoj.gov

by electronic service, on this 12th day of March, 2018.

Respectfully submitted,

By: /s/ Robin R. De Leo
Bar No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664