## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                               CASE NUMBER:  18- 10570

**BAYOU HAVEN BED & BREAKFAST, LLC**            **CHAPTER 11**

**DEBTOR**                                       **SECTION  "     "**

### STATEMENT REGARDING AUTHORITY
### TO SIGN AND FILE PETITION

I, Dawn Dufrense Pekarik do hereby declare under penalty of perjury that I am the

**Managing Member/President** of Bayou Haven Bed & Breakfast, LLC (the "Company"), and

that the following is a true and correct of said Company at a special meeting duly called and held

on the 12th   day of March, 2018.

Resolution of Bayou Haven Bed & Breakfast, LLC

Managing Member/President

**"WHEREAS,** it is in the best interest of this Company to file a voluntary petition in the

United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Court;

**BE IT THEREFORE RESOLVED**, that   **Dawn Dufrense Pekarik** is hereby

authorized to direct, execute and deliver all documents necessary to perfect the filing of a Chapter

11 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that **Dawn Dufrense Pekarik, Managing**

**Member/President** of this Company be and is hereby authorized and directed to appear in all

bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and

deeds and to execute and deliver all necessary documents on behalf of the Company in connection

with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that **Dawn Dufrense Pekarik**, **Managing Member/President** of this Company is authorized and directed to employ Robin R. De Leo, #20347, attorney and The De Leo Law Firm, LLC and Wayne M. Aufrecht, #24946 and Wayne M. Aufrecht, LLC to represent the Company in such bankruptcy case."

Dated: March 12, 2018

                          **Bayou Haven Bed & Breakfast, LLC**

By: _____
                          **Dawn Dufrense Pekarik**
                          **Managing Member/President**