**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 18-10570** |
| **BAYOU HAVEN BED & BREAKFAST, LLC** | **SECTION "A"** |
| | **CHAPTER 11** |
| **Debtors** | |

**UNITED STATES TRUSTEE'S**
**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE**

**Amanda B. George** files this notice of appearance as legal counsel for DAVID W. ASBACH, Acting United States Trustee for Region 5, and requests that all notices given or required to be given in this case and all consolidated and/or jointly administered cases herein, and all papers required to be filed and/or served in this case and all consolidated and/or jointly administered cases herein, be sent to the undersigned.

Respectfully submitted,
DAVID W. ASBACH
Acting United States Trustee, Region 5

By:*/s/ Amanda B. George*
AMANDA B. GEORGE (31642)
Trial Attorney
400 Poydras Street, Suite 2110
New Orleans, LA 70130
Telephone: (504) 589-4018
Facsimile: (504) 589-4096
Amanda.B.George@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance of Counsel and Request for Service was served this March 13, 2018 via CM/ECF upon:

Robin R. DeLeo on behalf of Debtor Bayou Haven Bed & Breakfast, LLC
deleolawfirm@northshoreattorney.com, legalassistant@northshoreattorney.com, info@northshoreattorney.com, robin@northshoreattorney.com; deleorr72621@notify.bestcase.com

*/s/ Amanda B. George*
AMANDA B. GEORGE