UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **BAYOU HAVEN BED & BREAKFAST, LLC** | **18-10570** <br> SECTION A |
| DEBTOR | CHAPTER 11 |

## ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that the Court will hold a status conference in the above-captioned case on **May 14, 2018, at 2:00 p.m.** in the chambers of Judge Elizabeth W. Magner, 500 Poydras Street, Room B741, New Orleans, Louisiana.

New Orleans, Louisiana, March 13, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge