UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     BAYOU HAVEN BED & BREAKFAST, LLC     BANKRUPTCY CASE NO

DEBTORS     18-10570

## REQUEST FOR NOTICE
## PURSUANT TO BANKRUPTCY RULE 2002

**CLECO POWER, LLC**, creditor herein, through its counsel, **WHEELIS & ROZANSKI**, hereby requests that pursuant to Bankruptcy Rule 2002, all Notices in this case be mailed to:

> MR. STEPHEN D. WHEELIS
> WHEELIS & ROZANSKI
> P. O. BOX 13199
> ALEXANDRIA, LA  71315-3199
> (318) 445-5600

Alexandria, Louisiana, this 13TH day of March, 2018.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By:/s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600

**ATTORNEYS FOR CLECO POWER, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Request for Notice of Pleadings has been served upon Debtor, Bayou Haven Bed & Breakfast, LLC, 34205 Hwy 433, Slidell, LA 70460, Robin R. DeLeo, 800 Ramon St, Mandeville, LA 70448, Amanda Burnette George, Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130, Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130, by placing a copy of same in the United States mail postage prepaid and/or served electronically.

Alexandria, Louisiana this 13TH day of March, 2018.

/s/ Stephen D. Wheelis
OF COUNSEL