# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-10570 |
| BAYOU HAVEN BED & BREAKFAST, LLC | CHAPTER 11 |
| DEBTOR | SECTION " A " |

## NOTICE OF HEARING

PLEASE BE ADVISED that Bayou Haven Bed & Breakfast, LLC filed a Motion to Employ Robin De Leo and The De Leo Law Firm (the "Motion") (P-8). A copy of the Motion to Employ is attached to this Notice of Hearing or can be requested through counsel.

The hearing on the Motion to Employ will be held on **April 10, 2018 at 2:00 p.m.**, before Judge Magner, Section "A", United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana. If you have any opposition to the Motion to Employ you must file a written opposition seven days prior and attend the hearing on April 10, 2018.

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Notice of Hearing was served on March 13, 2018, by First Class Mail postage prepaid, Electronic Mail, and/or Electronic Filing through the Court's electronic filing system upon:

US Trustee Office                          USTPRegion05.NR.ECF@usdoj.gov

Amanda Burnette George              Amanda.B.George@usdoj.gov

| | | |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>American Crescent Elevator<br>310 Stephens St.<br>Picayune, MS 39466<br><br>Bayou Liberty Association Inc.<br>PO Box 6862<br>Slidell, LA 70469<br><br>Dana Johnson<br>42379 Greens View Dr.<br>Gonzales, LA 70737 | Floorworks & Blinds<br>1860 Short Cut Rd.<br>Slidell, LA 70458<br><br>Iberia Bank Commercial<br>PO Box 23078<br>Columbus, GA 31902-3078<br><br>Lloyd Dennis<br>26 Inlet Cove Loop<br>Slidell, LA 70458 | Stephen D. Wheelis<br>Counsel for Cleco Power<br>P.O. Box 13199<br>Alexandria, LA 71315-3199 |

 

                                         THE DE LEO LAW FIRM LLC
                                         <u>/s/ Robin De Leo</u>
                                         Bar Roll No. 20347
                                         800 Ramon Street
                                         Mandeville, LA 70448
                                         (985) 727-1664
                                         (985) 727-4388 (Facsimile)
                                         lisa@northshoreattorney.com