**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re:** | **Case No.** |
| Bayou Haven Bed & Breakfast, LLC | 18−10570 |
| **Debtor(s)** | **Section A** |
| | **Chapter 11** |

## ORDER

Upon the filing of this proceeding under provisions of Chapter 11 of the Bankruptcy Code and under the authority granted by 11 U.S.C. §105 to carry out the provisions of the Bankruptcy Code, the following orders are entered:

**IT IS ORDERED** that the debtor file a Plan of Reorganization within 120 days after the date of the Order for Relief under this Chapter as provided under §1121 and §1123 of the Bankruptcy Code.

**IT IS FURTHERED ORDERD** that the debtor file with this Court on or before the 15th day of each month financial information of the debtor covering the previous month's operations, which consists of the following:

a) Balance Sheet;

b) Profit and loss statement for the current month and the accumulation during the Chapter 11 proceeding;

c) Cash receipts and disbursements;

d) Complete list of all unpaid debts incurred during the previous month including the names and addresses of each creditor with the amount due;

e) A narrative report of the debtor's efforts to rehabilitate and confect a Plan of Reorganization.

The monthly report forms in the United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements may be used to fulfill the requirements of a) through e).

**IT IS FURTHER ORDERED** that the debtor must immediately close any bank account over which the debtor has possession or control and open new debtor in possession accounts with the name of the debtor, the designation "Debtor in Possession", and the case number imprinted on all permanent checks. Bank accounts are to be opened only in authorized depositories as designated by the United States Trustee.

**IT IS FURTHER ORDERED** that the debtor maintain insurance at an amount at least equal to the replacement value of the property of the estate.

**IT IS FURTHER ORDERED** that the debtor pay to the United States Trustee all quarterly fees when they become due under the provisions of 28 U.S.C. §1930.

**IT IS FURTHER ORDERED** that the debtor cooperate with all requests made by the Office of the United States Trustee including the Chapter 11 Operating Guidelines and Reporting Requirements promulgated by the United States Trustee.

Dated: March 13, 2018.

Hon. Elizabeth W. Magner
United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Bayou Haven Bed & Breakfast, LLC  
      Debtor

Case No. 18-10570-EWM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: kl     Page 1 of 1     Date Rcvd: Mar 13, 2018  
                       Form ID: o120     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
db            +Bayou Haven Bed & Breakfast, LLC,    34205 Hwy 433,    Slidell, LA 70460-3544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:  
       Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov  
       Robin R. DeLeo    on behalf of Debtor    Bayou Haven Bed & Breakfast, LLC  
        deleolawfirm@northshoreattorney.com,    legalassistant@northshoreattorney.com,    info@northshoreattorney.com,robin@northshoreattorney.com;deleorr72621@notify.bestcase.com  
                                                                                                                      TOTAL: 2