| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Bayou Haven Bed & Breakfast, LLC** <br> Name | EIN | **81–3472854** |
| United States Bankruptcy Court **Eastern District of Louisiana** <br> Case number: **18–10570 Section A Office Code: 2** | | Date case filed for chapter **11** **3/12/18** | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Bayou Haven Bed & Breakfast, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 34205 Hwy 433 <br> Slidell, LA 70460 | |
| 4. | **Debtor's attorney** <br> Name and address | Robin R. DeLeo <br> 800 Ramon St <br> Mandeville, LA 70448 | Contact phone (985) 727–1664 <br><br> Email: deleolawfirm@northshoreattorney.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> Eastern District of Louisiana <br> Hale Boggs Federal Building <br> 500 Poydras Street, Suite B–601 <br> New Orleans, LA 70130 | Hours open: <br> 8:30 – 4:30 Monday – Friday <br><br> Contact phone (504) 589–7878 <br><br> Date: 3/14/18 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **April 11, 2018 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **F. Edward Hebert Federal Bldg, #111, 600 S. Maestri Street, New Orleans, LA 70130** |
| | **Debtor(s) must provide picture identification and proof of social security number to the trustee. Debtor(s) must inform the court of any change of address as long as this case or any related adversary proceeding is pending. B. R. 4002. Failure to do so may result in dismissal of the case.** <br> **NOTICE: FAILURE OF A DEBTOR TO ATTEND THE MEETING OF CREDITORS IS GROUNDS FOR IMMEDIATE DISMISSAL OF THIS BANKRUPTCY CASE BY THE COURT, WITHOUT FURTHER NOTICE TO THE DEBTOR, CREDITORS OR PARTIES OF INTEREST.** | | |

For more information, see page 2 >

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If §523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** _____ |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and $sect; 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Eastern District of Louisiana

In re:  
Bayou Haven Bed & Breakfast, LLC  
    Debtor

Case No. 18-10570-EWM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 053L-2     User: kl     Page 1 of 2     Date Rcvd: Mar 14, 2018  
                  Form ID: 309F     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
```
db              +Bayou Haven Bed & Breakfast, LLC,    34205 Hwy 433,    Slidell, LA 70460-3544
aty             +Amanda Burnette George,    Office of the U.S. Trustee,    400 Poydras Street,    Suite 2110,
                  New Orleans, LA 70130-3238
aty              Stephen D. Wheelis,    Post Office Drawer 13199,    Alexandria, LA 71315-3199
smg             +Collector of Revenue,    City of New Orleans,    Department of Finance,
                  1300 Perdido Street, RM 1W15,    New Orleans, LA 70112-2128
smg              Louisiana Department of Revenue,    Collection Division/Bankruptcy Section,    P. O. Box 66658,
                  Baton Rouge, LA 70896-6658
smg              U. S. Attorney's Office,    Eastern District of Louisiana,    650 Poydras Street,    Suite 1600,
                  New Orleans, LA 70130-7212
3606676         +American Crescent Elevator,    310 Stephens St.,    Picayune, MS 39466-4434
3606677         +Bayou Liberty Association Inc.,    PO Box 6862,    Slidell, LA 70469-6862
3606678         +Cleco,   PO Box 660228,    Dallas, TX 75266-0228
3607129         +Cleco Power, LLC,    Wheelis & Rozanski,    P.O. Box 13199,    Alexandria, LA 71315-3199
3606679         +Dana Johnson,    42379 Greens View Dr.,    Gonzales, LA 70737-8587
3606670         +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
3606673          Experian,    Business Info Services,    Costa Mesa, CA 92626
3606680         +Floorworks & Blinds,    1860 Short Cut Rd.,    Slidell, LA 70458-8050
3606681          Iberia Bank Commercial,    PO Box 23078,    Columbus, GA 31902-3078
3606682         +Lloyd Dennis,    26 Inlet Cove Loop,    Slidell, LA 70458-5751
3606672         +TransUnion,    2 Baldwin Place,    Chester, PA 19022-1370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: deleolawfirm@northshoreattorney.com Mar 14 2018 19:40:07     Robin R. DeLeo,
                  800 Ramon St,    Mandeville, LA  70448
smg              EDI: IRS.COM Mar 14 2018 23:34:00      Internal Revenue Service,    P. O. Box 7346,
                  Philadelphia, PA  19101-7346
smg             +E-mail/Text: bankruptcy_bpc@lwc.la.gov Mar 14 2018 19:40:29     Louisiana Workforce Commission,
                  UI Tax Liability and Adjudications,    Attn:  Bankruptcy Unit,    1001 N. 23rd Street,
                  Baton Rouge, LA 70802-3338
smg              E-mail/Text: atlreorg@sec.gov Mar 14 2018 19:40:18      U.S. Securities and Exchange Commission,
                  Office of Reorganization,    950 East Paces Ferry Road,    Suite 900,    Atlanta, GA  30326-1382
ust             +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Mar 14 2018 19:40:17      Office of the U.S. Trustee,
                  400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
3606671         +Fax: 602-659-2196 Mar 14 2018 19:51:57      Chex Systems, Inc.,    Attn:  Consumer Relations,
                  7805 Hudson Road,    STE 100,    Saint Paul, MN 55125-1703
3606669         +E-mail/Text: bankruptcy@stpso.com Mar 14 2018 19:40:16      Tax Collector/Sheriff,
                  701 N Columbia St.,    Parish of St. Tammany Courthouse,    Covington, LA 70433-2760
3606668         +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Mar 14 2018 19:40:17      United States Trustee,
                  Texaco Center,    400 Poydras Street,    Suite 2110,    New Orleans, LA 70130-3238
                                                                                              TOTAL: 8
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Cleco Power, LLC,    Wheelis & Rozanski,    P.O. Box 13199,    Alexandria, LA 71315-3199
3606674*         Experian,    Business Info Services,    Costa Mesa, CA 92626
3606675*         IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 053L-2          User: kl                  Page 2 of 2               Date Rcvd: Mar 14, 2018
                              Form ID: 309F             Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:

        Amanda Burnette George   on behalf of U.S. Trustee Office of the U.S. Trustee
         amanda.b.george@usdoj.gov
        Office of the U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
        Robin R. DeLeo    on behalf of Debtor   Bayou Haven Bed & Breakfast, LLC
         deleolawfirm@northshoreattorney.com, legalassistant@northshoreattorney.com,
         info@northshoreattorney.com,robin@northshoreattorney.com;deleorr72621@notify.bestcase.com

                                                                                                                                 TOTAL: 3