## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-10570 |
| BAYOU HAVEN BED & BREAKFAST, LLC | CHAPTER 11 |
| DEBTOR | SECTION " A " |

### NOTICE OF HEARING

PLEASE BE ADVISED that Bayou Haven Bed & Breakfast, LLC filed a Motion to Employ Wayne M. Aufrecht and Wayne M. Aufrecht, LLC (the "Motion") (P-13). A copy of the Motion to Employ is attached to this Notice of Hearing or can be requested through counsel.

The hearing on the Motion to Employ will be held on **April 24, 2018 at 2:00 p.m.**, before Judge Magner, Section "A", United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana. If you have any opposition to the Motion to Employ you must file a written opposition seven days prior and attend the hearing on April 21, 2018.

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Hearing was served on March 21, 2018, by First Class Mail postage prepaid, Electronic Mail, and/or Electronic Filing through the Court's electronic filing system upon:

| | |
|---|---|
| US Trustee Office | USTPRegion05.NR.ECF@usdoj.gov |
| Amanda Burnette George | Amanda.B.George@usdoj.gov |
| Stephen D. Wheelis<br>Counsel for Cleco Power | steve@wheelis-rozanski.com |

| | | |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Floorworks & Blinds<br>1860 Short Cut Rd.<br>Slidell, LA 70458 | Dana Johnson<br>42379 Greens View Dr.<br>Gonzales, LA 70737 |
| American Crescent Elevator<br>310 Stephens St.<br>Picayune, MS 39466 | Iberia Bank Commercial<br>PO Box 23078<br>Columbus, GA 31902-3078<br><br>Lloyd Dennis<br>26 Inlet Cove Loop<br>Slidell, LA 70458 | Bayou Liberty Association Inc.<br>PO Box 6862<br>Slidell, LA 70469 |

THE DE LEO LAW FIRM LLC
/s/ Robin De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com