**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:       **BAYOU HAVEN BED & BREAKFAST, LLC**       **BANKRUPTCY CASE NO**

           **DEBTOR**       **18-10570**

**NOTICE OF HEARING**

**NOTICE IS HEREBY** given that a hearing on the Motion of **CLECO POWER, LLC** for adequate assurance of payment and post-petition utility deposit pursuant to 11 U.S.C. 366 or in the alternative for authority to discontinue utility services is to be held on MAY 8, 2018 at 2:00 p.m in the U. S. Bankruptcy Court, 500 Poydras St., Hale Boggs Federal Building, Suite B709 New Orleans, Louisiana, 70130.

Objections should be filed no later than seven (7) days prior to the hearing date in writing, with the Clerk, United States Bankruptcy Court, and a copy of such objections served upon counsel indicated below.

Alexandria, Louisiana this 10 of April, 2018.

Respectfully submitted,

**WHEELIS & ROZANSKI**

By: /s/ Stephen D. Wheelis
    Stephen D. Wheelis #17205
    Richard A. Rozanski #22583
    P.O. Box 13199
    Alexandria, Louisiana 71315-3199
    318/445-5600
**ATTORNEYS FOR CLECO POWER, LLC**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing Notice of Hearing has this day been electronically mailed via CM/ECF and mailed via U.S. Mail, postage paid and properly addressed to the Debtor, Bayou Haven Bed & Breakfast, LLC, 34205 Hwy 433, Slidell, LA 70460, Robin R. DeLeo, 800 Ramon St, Mandeville, LA 70448, Amanda Burnette George, Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130, Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130, by placing a copy of same in the United States mail postage prepaid.
Alexandria, Louisiana this 10 of April, 2018.

/s/ Stephen D. Wheelis
    OF COUNSEL