UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                    CASE NUMBER: 18-10570

BAYOU HAVEN BED & BREAKFAST, LLC          CHAPTER 11

DEBTOR                                              SECTION "A"
**************************************************************************

## MOTION FOR EXPEDITED HEARING

Debtor, through undersigned counsel, represent as follows:

1.

Debtor filed its current Bankruptcy Petition under Chapter 11 of the U.S. Bankruptcy Code on March 12, 2018. Debtor is a Debtor-in- Possession with all the rights and powers of a Debtor-in-Possession.

2.

Debtor filed an Application to Employ Special Counsel Jeffrey D. Schoen and Thomas H. Huval, Nunc Pro Tunc to represent them in connection with an ongoing zoning, land use, deed restriction, and related litigation issues that are involved in this Chapter 11 proceeding.

3.

It is imperative to Bayou Haven Bed & Breakfast, LLC's bankruptcy proceeding that a hearing on this matter be expedited.

4.

Debtor asks that the hearing be set at the date and time of the next Motion date, which is April 24, 2018 at 2:00 p.m., before Judge Magner, Section "A", United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

5.

Debtor has notified all Creditors of the expedited hearing as evidenced by the attached Certificate of Service.

Wherefore, for the foregoing reasons, Bayou Haven Bed & Breakfast, LLC, the Debtor herein, requests that an expedited hearing be set for the hearing on Debtor's Application to Employ Special Counsel Jeffrey D. Schoen and Thomas H. Huval, Nunc Pro Tunc, on Tuesday, April 24, 2017 at 2:00 p.m. and for all other relief as is equitable and just.

THE DE LEO LAW FIRM, L.L.C.

/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com