UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                                         CASE NUMBER:  18-10570

BAYOU HAVEN BED & BREAKFAST, LLC        CHAPTER 11

DEBTOR                                         SECTION "A"

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 11, 2018 a true and correct copy of the Application to Employ Special Counsel, and Motion for Expedited Hearing has been sent by electronic filing and/or mailed with postage prepaid to:

US Trustee Office                              USTPRegion05.NR.ECF@usdoj.gov

Amanda Burnette George                         Amanda.B.George@usdoj.gov

Stephen D. Wheelis                             steve@wheelis-rozanski.com
Counsel for Cleco Power

| | | |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>American Crescent Elevator<br>310 Stephens St.<br>Picayune, MS 39466 | Floorworks & Blinds<br>1860 Short Cut Rd.<br>Slidell, LA 70458<br><br>Iberia Bank Commercial<br>PO Box 23078<br>Columbus, GA 31902-3078<br><br>Lloyd Dennis<br>26 Inlet Cove Loop<br>Slidell, LA 70458 | Dana Johnson<br>42379 Greens View Dr.<br>Gonzales, LA 70737<br><br>Bayou Liberty Association Inc.<br>PO Box 6862<br>Slidell, LA 70469 |

THE DE LEO LAW FIRM LLC
/s/ *Robin De Leo*                     
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com
Counsel for Debtor in Possession