UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NUMBER: 18-10570 |
| BAYOU HAVEN BED & BREAKFAST, LLC | CHAPTER 11 |
| DEBTOR | SECTION "B" |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AFFIDAVIT OF SPECIAL COUNSEL JEFFREY D. SCHOEN IN SUPPORT OF APPLICATION TO EMPLOY JEFFREY D. SCHOEN, THOMAS H. HUVAL AND JONES FUSSELL, LLP AS SPECIAL COUNSEL FOR THE DEBTOR**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

Jeffrey D. Schoen ("Schoen"), after being duly sworn, deposes and states:

1.

I am an attorney duly admitted and in good standing to practice in the State of Louisiana, and before numerous United States District Courts, including the United States District Court for the Eastern District of Louisiana, and I am the managing partner of the firm of Jones Fussell, LLP. Jones Fussell, LLP maintains offices for the practice of law at 1001 Service Road East, US Hwy 190, Suite 103, Covington, Louisiana 70433. I submit this affidavit in connection with the Application of the Debtor to retain Jeffrey D. Schoen, Thomas H. Huval, and Jones Fussell, LLP, and as special counsel in the above-captioned Chapter 11 case and to provide the disclosures required under Rules 2014(a) and 2016 (b) of the Federal Rules of Bankruptcy Procedure.

2.

As disclosed herein, Jeffrey D. Schoen, Thomas H. Huval, and Jones Fussell, LLP, have previously performed legal services for the Debtor. Applicant's services included pre-petition

legal services in connection with zoning, land use, deed restriction and related litigation pertaining to the Debtor's 6 acre parcel of property located on the Northern edge of Bayou Liberty in St. Tammany Parish.. As to Applicant's role employed by the bankruptcy estate as Special Counsel, Applicant's services will be limited to zoning, land use, and deed restriction issues, and related litigation. As of the filing of the Bankruptcy Proceeding, $49,845.55 is owed by the Debtor to Jones Fussell, LLP but this does not create an adverse interest with respect to the zoning, land use, deed restriction and related litigation for which Jeffrey D. Schoen, Thomas H. Huval and Jones Fussell, LLP are to be employed.. Applicants' interest is to zealously and diligently represent Debtors in connection with their efforts to obtain approval of a change of its zoning to a NC5 Retail Service District within the Unified Development Code of the Parish of St. Tammany, so that Debtor can continue to operate. If the zoning, land use, deed restrictions and related litigation is resolved favorably, Applicants understand that Debtors expect to confirm a plan of reorganization which will provide for paying all creditors in full. The fact that Applicant is owed money for pre-petition services rendered in connection with the zoning, land use, deed restrictions and related litigation will not limit or adversely impact Applicants' ability to zealously and diligently represent Debtors on the same issue for the benefit of Debtors and their creditors. Applicant has never represented other creditors involved in this case.

3.

$350.00 is the attorney hourly rate proposed to be charged by Jeffrey D. Schoen, to Debtor for attorney related services.

4.

In addition to the hourly rates set forth in the Application, Jones Fussell, LLP customarily charges its clients for all reimbursable expenses incurred, including photocopying charges,

messengers, courier mail, postage, printing, transcripts, filing fees, document retrieval, etc. Subject to this Courts' order(s) with respect to the reimbursement of expenses, Jeffrey D. Schoen, and Jones Fussell, LLP will be seeking reimbursement of all such charges incurred on behalf of the Debtor.

5.

No promises have been received by Jeffrey D. Schoen, Thomas H. Huval and Jones Fussell, LLP, or any member or associate thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Neither Jones Fussell, LLP nor I have any agreement with any other entity to share with such entity any compensation received by the Jones Fussell, LLP in connection with this case.

6.

Neither I, nor the Jones Fussell, LLP, currently represent or will hereafter represent any other entity having an interest adverse to the Debtors in connection with the zoning, land use, deed restriction and related litigation affecting Debtors six(6) acre parcel of property located on the northern edge of Bayou Liberty in St. Tammany Parish.

7.

Counsel is not aware of anyone who objects to his employment or that of Jones Fussell, LLP.

8.

Upon the best of my knowledge, information and belief, the relationship of Debtor and the Jones Fussell, LLP does not present a conflict of interest as defined by the Bankruptcy Code or Cannons of Ethics; all parties are fully informed as to the issues of the representation of the Debtor by Jeffrey D. Schoen, Thomas H. Huval and Jones Fussell, LLP; and all parties waive

any and all issues and rights in connection with any potential conflict arising as a result of such legal representation of Debtor by Jeffrey D. Schoen, Thomas H. Huval and Jones Fussell, LLP.

9.

Jeffrey D. Schoen has explained to Debtor and Debtor understands and agrees with the scope of the engagement for the legal services to be provided to Debtor by Jones Fussell, LLP in this case.

10.

By reason of the foregoing, I believe that Jeffrey D. Schoen, Thomas H. Huval and Jones Fussell, LLP are eligible for employment and retention by the Debtor pursuant to Section 327 (e) of the Bankruptcy Code and applicable Bankruptcy Rules.

_____
Jeffrey D. Schoen

Sworn to and subscribed before me this 11th day of April 2018.

_____

WENDIE J. DAIGLE
NOTARY PUBLIC
ST. TAMMANY PARISH
LOUISIANA
NOTARY ID NO. 024684
MY COMMISSION EXPIRES AT DEATH

Respectfully Submitted,

THE DE LEO LAW FIRM, L.L.C.

By: /s/ Robin R De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com
Counsel for Debtor In Possession