**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 18-10570** |
| **BAYOU HAVEN BED & BREAKFAST, LLC** | **SECTION "A"** |
| | **CHAPTER 11** |
| **Debtor** | |

## CHAPTER 11 PROCEEDING MEMO AND MINUTES OF § 341 MEETING

1. **Date of Meeting**: April 11, 2018

2. **Appearances: Debtor(s):**
    **Debtor(s) representatives:** Juraj Pekarik and Dawn D. Pekarik, Members
    **Attorney(s) for Debtor(s):** Robin R. DeLeo, Esq.
    **Creditor(s):** ( ) NONE ( X ) See attached Appearance Sheet

3. **Attorney(s) for Debtor(s) ( X ) has ( ) has not filed fee disclosure statement pursuant to 11 U.S.C. § 329 and Rule 2016, Rules of Bankruptcy Procedure.**

4. **A Chapter 11 Creditors' Committee or Equity Security Holders' Committee ( ) has ( X ) has not been appointed pursuant to 11 U.S.C. § 1102.**

5. **Debtor(s) required to: by April 25, 2018**

| **PROVIDE TO UST:** | Certificates of proof of all above-listed insurances with the OUST listed as a party for notification purposes |
|---|---|
| | Budget and Cash Flow Projection |
| | 2016 and 2017 Tax Return [when prepared] |
| | |
| **FILE:** | Motion to pay insiders, if Debtor intends to compensate insiders post-petition |
| | Amended Schedule A/B, to list potential claims against third parties (See Schedule A/B, #33 in the *Pekarik* individual case) |
| | Amended Petition, correcting Ms. Pekarik's title |
| | Amended SOFA #4, itemizing payments to all insiders, including Son, daughter-in-law, daughter, and Mr. and Mrs. Pekarik. |
| | Amended SOFA #26, to list CPA |
| | Amended SOFA #30, itemizing all payments to insders |
| | March and April 2017 Monthly Operating Reports [by May 15, 2018] |

6. **Fifth amendment ( ) was ( X ) was not invoked.**

**7.** **Meeting concluded (X ) Yes ( ) No.  If no, meeting is continued to:** N/A.

**8.** **Notes**: N/A

| | | |
|---|---|---|
| **START:** | **10:15 AM** | */s/Amanda B. George* |
| **FINISH:** | **11:46 AM** | Amanda B. George (31642) |
| **(Proceeding Recorded)** | | **Presiding Officer** |
| | | **Office of the U.S. Trustee** |