UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

ORDER
MAGNER, J.
APRIL 12, 2018

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| **BAYOU HAVEN BED & BREAKFAST, LLC** | 18-10570 |
| | SECTION "A" |
| DEBTOR(S) | CHAPTER 11 |

Hearing on the Application, as Amended, to Employ Robin R. DeLeo as Attorney filed by the Debtor **(P-8 and 15)** was held on the 11th day of April, 2018.

Present at the hearing:

Robin R. DeLeo, Proposed Counsel for Debtor; and

Amanda B. George, Trial Attorney, Office of the U.S. Trustee

The Court having considered the merits of the Application, the arguments of counsel, and for the reasons orally assigned;

**IT IS ORDERED** that the Application, as Amended, to Employ Robin R. DeLeo as Attorney filed by the Debtor is **DENIED**.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, April 12, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge