## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NUMBER: 18-10570 |
| BAYOU HAVEN BED & BREAKFAST, LLC | CHAPTER 11 |
| DEBTOR | SECTION "A" |

************************************************************************

## ORDER

Considering Debtor's Motion for Expedited Hearing (P-24) filed by Bayou Haven Bed & Breakfast, LLC, (Debtor);

**IT IS ORDERED** that the Motion for Expedited Hearing (P-24) is GRANTED; and

**IT IS FURTHER ORDERED** that an expedited hearing on Debtor's Application to Employ Jeffrey D. Schoen, Thomas H. Huval and Jones Fussell, LLP as Special Counsel (P-23) will now be heard on **April 24, 2018, at 2:00 p.m.**

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect **IMMEDIATELY**.

New Orleans, Louisiana, April 13, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge