# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-10570 |
| BAYOU HAVEN BED & BREAKFAST, LLC | CHAPTER 11 |
| DEBTOR | SECTION " A " |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Order (P-30) was served on April 13, 2018 by Electronic Filing through the Court's electronic filing system and/or first class mail postage prepaid upon:

| | |
|---|---|
| US Trustee Office | USTPRegion05.NR.ECF@usdoj.gov |
| Amanda Burnette George | Amanda.B.George@usdoj.gov |
| Stephen D. Wheelis<br>Counsel for Cleco Power | steve@wheelis-rozanski.com |

| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Floorworks & Blinds<br>1860 Short Cut Rd.<br>Slidell, LA 70458 | Dana Johnson<br>42379 Greens View Dr.<br>Gonzales, LA 70737 |
|---|---|---|
| American Crescent Elevator<br>310 Stephens St.<br>Picayune, MS 39466 | Iberia Bank Commercial<br>PO Box 23078<br>Columbus, GA 31902-3078<br><br>Lloyd Dennis<br>26 Inlet Cove Loop<br>Slidell, LA 70458 | Bayou Liberty Association Inc.<br>PO Box 6862<br>Slidell, LA 70469 |

THE DE LEO LAW FIRM, L.L.C.
/s/ Robin R. De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
lisa@northshoreattorney.com