## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BAYOU HAVEN BED & BREAKFAST,** | § | **CASE NO. 18-10570** |
| **LLC,** | § | |
| | § | **CHAPTER 11** |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002(a), (b) and (i), 3017(a), and 9010(a), and 9010(b), Whitney Bank hereby provides notice of its appearance herein and requests that the undersigned attorney be placed on the Court's mailing list and email notice list in the captioned matter, and that all notices, orders, judgments, pleadings and other papers, including all such documents in all adversary proceedings, be sent to:

**Leann Opotowsky Moses**
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, L.L.C.
1100 Poydras Street, Suite 3100
New Orleans, LA 70163
Telephone: (504) 585-3800
Fax: (504) 585-3801
Email: moses@carverdarden.com

Respectfully submitted,

Leann Opotowsky Moses (LA #19439)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX  L.  L.  C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana  70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
moses@carverdarden.com


   /s/  Leann O. Moses
Attorney for WHITNEY BANK