## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § § | |
| BAYOU HAVEN BED & BREAKFAST, LLC, § § § § | CASE NO. 18-10570 |
| Debtor. § | CHAPTER 11 |

### CERTIFICATE OF SERVICE

I, Leann O. Moses, do hereby certify that I caused the *Notice of Appearance and Request for Notice* to be served on those parties receiving electronic notification via the Court's CM/ECF System on April 17, 2018.

Respectfully submitted,

Leann Opotowsky Moses (LA #19439)
CARVER, DARDEN, KORETZKY, TESSIER,
FINN, BLOSSMAN & AREAUX L. L. C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone: (504) 585-3800
Telecopier: (504) 585-3801
moses@carverdarden.com


  /s/  Leann O. Moses
Attorney for WHITNEY BANK