UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **BAYOU HAVEN BED & BREAKFAST, LLC** | CASE 18-10570 |
| **DEBTOR** | CHAPTER 11 |
| | SECTION: A |

## EX-PARTE MOTION TO CONTINUE MOTION TO LIFT STAY AND REQUEST FOR EVIDENTIARY HEARING

**NOW INTO COURT**, comes Debtor-in-Possession, Bayou Haven Bed & Breakfast LLC, through undersigned counsel, which respectfully represent as follows:

1.

Debtor, Bayou Haven Bed & Breakfast, LLC ("BHB") filed for Ch. 11 relief on March 12, 2018. BHB is operating its estate as a debtor-in-possession with all the rights and powers of a debtor-in-possession. No Chapter 11 Trustee has been appointed in this case.

2.

On April, 9, 2018, Bayou Liberty Association ("BLA") is an association of neighbors with homes near the vicinity in which BLA operates its bed and breakfast establishment. BLA, as a party in interest, filed a Motion to Lift the Automatic Stay (the "Motion") (P-17), alleging among various actions, that the Debtor is violating Parish zoning ordinances and a deed restriction. The hearing on BLA's Motion is currently set for May 8, 2018 at 2:00 P.M.

3.

Because of the drastic nature of the relief sought by BLA and the damage such relief would cause the bankruptcy estate and the creditors of the bankruptcy estate, undersigned counsel respectfully requests that the hearing on the Motion be continued to allow for an

evidentiary hearing on matters pertaining to the issues presented in BLA's Motion including, but not limited to, the following:

a. The effect of granting the Motion on BHB and its creditors.

b. Irreparable damage to innocent third parties, i.e., creditors and clients of BHB.

c. To adduce evidence and testimony regarding the current status of a pending St. Tammany Parish additional zoning classification of "Receptions- Small Venue" a/k/a "NC-5".

d. To adduce evidence and testimony regarding the current status of a pending application by BHB to clarify its operations as the proposed Receptions- Small Venue or NC-5 classification which is currently under consideration by the Zoning Commission of the Parish of St. Tammany.

e. To permit testimony in support of the contention that the harm to BHB's creditors and clients is far outweighed by the alleged temporary and negligible harm to BLA. Association.

4.

Debtor's Counsel estimates that the evidentiary hearing will consist of three to four witnesses and last approximately six hours.

5.

Undersigned has conferred with counsel for BLA who has consented to his request for a Continuance and an Evidentiary Hearing on the issues set forth in their Motion.

**WHEREFORE,** undersigned prays that this Honorable Court *grant* the attached Ex Parte Motion to Continue to Lift Stay and Request for Evidentiary Hearing and set the Order Continuing the hearing on BLA's Motion to Lift Stay and to allow for an Evidentiary Hearing

for a date and time to be set by this Honorable Court and for all other relief as is equitable and just.

                                                 RESPECTFULLY SUBMITTED:

                                                 Wayne M. Aufrecht, L.L.C.

                                                 /s/ Wayne M. Aufrecht
                                               Wayne M. Aufrecht, (La Bar #24946)
                                               417 West 21st Avenue
                                               Covington, Louisiana 70433
                                               Telephone (985) 250-0830
                                               wayne@northshorefirm.com
                                               Attorney for Chapter 11 Debtor-in-Possession,
                                               Bayou Haven Bed & Breakfast, LLC