UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| BAYOU HAVEN BED & BREAKFAST, LLC | CASE 18-10570 |
| DEBTOR | CHAPTER 11 |
| | SECTION: A |

### EX PARTE MOTION TO EXTEND DATE FOR FILING OPPOSITION

Bayou Haven Bed & Breakfast LLC, Chapter 11 Debtor-in-Possession herein ("Debtor" or "Bayou Haven"), through undersigned counsel, submits this Ex Parte Motion to Extend the Response Date due by Debtor to the pending Motion for Relief from Stay filed by Bayou Liberty Association ("Bayou Liberty") and respectfully represents as follows:

1.

Bayou Haven filed a Petition for Relief under Chapter 11 of the United States Bankruptcy Code on March 12, 2018. Bayou Haven is a debtor-in-possession with all the rights and powers of a debtor-in-possession. No trustee has been appointed in this case.

2.

Bayou Liberty is not a creditor in this proceeding but is an interested party as it had filed a pre-petition lawsuit against Debtor seeking injunctive relief in state court for Debtor's alleged violation of Parish zoning ordinances and its breach of a deed restriction.

3.

Bayou Liberty filed a Motion for Relief from Stay set for hearing on this Court's standard motion day docket for Tuesday May 8, 2018. Debtor's filed a Motion to Continue the Motion

for Relief from Stay to a Special Setting (P-37) as Bayou Liberty and Debtor agree that an evidentiary hearing is required for this Court's consideration of the stay relief issue.

4.

This Court set a status conference on the Agreed Motion to Continue the Lift Stay hearing, which status conference is set for May 2, 2018 at 2:00 P.M.

5.

Upon information and belief, at the status conference, this Court will select an evidentiary hearing date for the determination of Bayou Liberty's Motion for Relief from Stay. Debtor anticipates calling two to three witnesses and estimates that the evidentiary hearing will take 4 hours.

6.

By the filing of this Motion, the Debtor requests that this Court extend the Debtor's Opposition deadline to the Motion for Relief from Stay such that the opposition will be due seven days prior to the date set for the evidentiary hearing on stay relief, or alternatively, to a date otherwise scheduled by this Court as a response deadline.

7.

Bayou Liberty has no opposition to the Debtor's requested extension for the purpose of filing a responsive pleading.

WHEREFORE, for the foregoing reasons, Bayou Haven Bed & Breakfast LLC prays that this Court grant it an extension to file its Opposition to the pending Motion for Relief from Stay until seven days prior to the date of the evidentiary hearing, or such other responsive date as selected by this Court upon the setting of the evidentiary hearing, and for all other relief as is equitable and just.

s/Wayne M. Aufrecht
Wayne M. Aufrecht
Attorney for Bayou Haven Bed & Breakfast, LLC
417 West 21st Avenue
Covington, LA 70433
985-250-0830
wayne@northshorefirm.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court by using the CM/ECF system. A Notice of this electronic filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service.

| | |
|---|---|
| Amanda B. George | Amanda.B.George@usdoj.gov |
| Noel Steffes Melancon | nmelancos@steffeslaw.com |

Covington, this 27th day of April, 2018.

/s/ Wayne M. Aufrecht
WAYNE M. AUFRECHT