# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **BAYOU HAVEN BED & BREAKFAST, LLC** | CASE NUMBER: 18-10570 |
| **DEBTORS** | CHAPTER 11 |
| | DEBTORS SECTION: "A" |

*******************************************************************************

### EX-PARTE MOTION TO ENROLL AS COUNSEL OF RECORD FOR BAYOU LIBERTY ASSOCIATION, INC.

**NOW INTO COURT**, through undersigned counsel, comes Bayou Liberty Association, Inc. ("BLA"), a party in interest herein, who respectfully moves this Honorable Court for an order allowing Ross F. Lagarde (# 27542) of Ross F. Lagarde, APLC, 2250 Gause Boulevard East, Suite 301, Slidell, LA 70461, Ph (985) 605-0527, to enroll as counsel of record in these proceedings.

This 27th day of April, 2018.

Respectfully Submitted,

**ROSS F. LAGARDE, APLC**

*/s/Ross F. Lagarde*
**ROSS F. LAGARDE (#27542)**
2250 Gause Blvd East, Suite 301
Slidell, Louisiana 70461
Telephone: (985) 605-0527
Facsimile: (985) 605-0526
Email: ross@rlagardelaw.com
*Attorney for Bayou Liberty Association, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2018, I electronically filed the above and foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice electronic filing to all counsel of record.

                                                    */s/Ross F. Lagarde*