UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. |
| **BAYOU HAVEN BED & BREAKFAST, LLC** | **18-10570** SECTION A |
| DEBTOR | CHAPTER 11 |

### ORDER SETTING STATUS CONFERENCE

**IT IS ORDERED** that the Court will hold a status conference in the above-captioned case on **May 2, 2018, at 2:00 p.m.** regarding the Ex-Parte Motion to Continue Motion to Lift Stay and Request Evidentiary Hearing (**P-37**) in the chambers of Judge Elizabeth W. Magner, 500 Poydras Street, Room B741, New Orleans, Louisiana.

New Orleans, Louisiana, April 26, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                    Case No. 18-10570-EWM
Bayou Haven Bed & Breakfast, LLC                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2          User: am              Page 1 of 2              Date Rcvd: Apr 26, 2018
                              Form ID: pdf964       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2018.
```
db         +Bayou Haven Bed & Breakfast, LLC,    34205 Hwy 433,    Slidell, LA 70460-3544
intp       +Bayou Liberty Association, Inc.,   c/o The Steffes Firm, LLC,   Attn: Noel Steffes Melancon,
             13702 Coursey Blvd., Bldg. 3,    Baton Rouge, LA 70817-1372
intp       +Whitney Bank,   c/o Leann O. Moses,    1100 Poydras Street,   Suite 3100,
             New Orleans, LA 70163-1102
3606676    +American Crescent Elevator,    310 Stephens St.,   Picayune, MS 39466-4434
3606677    +Bayou Liberty Association Inc.,    PO Box 6862,   Slidell, LA 70469-6862
3606678    +Cleco,   PO Box 660228,    Dallas, TX 75266-0228
3607129    +Cleco Power, LLC,   Wheelis & Rozanski,    P.O. Box 13199,   Alexandria, LA 71315-3199
3606679    +Dana Johnson,   42379 Greens View Dr.,    Gonzales, LA 70737-8587
3606670    +Equifax Credit Information Services, Inc,    PO Box 740241,   Atlanta, GA 30374-0241
3606673     Experian,   Business Info Services,    Costa Mesa, CA 92626
3606680    +Floorworks & Blinds,    1860 Short Cut Rd.,   Slidell, LA 70458-8050
3606681     Iberia Bank Commercial,    PO Box 23078,   Columbus, GA 31902-3078
3606682    +Lloyd Dennis,   26 Inlet Cove Loop,    Slidell, LA 70458-5751
3606672    +TransUnion,   2 Baldwin Place,    Chester, PA 19022-1370
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3606677    +E-mail/Text: louismonte@bellsouth.net Apr 26 2018 19:39:05     Bayou Liberty Association Inc.,
             PO Box 6862,   Slidell, LA 70469-6862
3606671    +Fax: 602-659-2196 Apr 26 2018 19:55:04     Chex Systems, Inc.,   Attn:   Consumer Relations,
             7805 Hudson Road,   STE 100,    Saint Paul, MN 55125-1703
3606675     E-mail/Text: cio.bncmail@irs.gov Apr 26 2018 19:38:21     IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
3606669    +E-mail/Text: bankruptcy@stpso.com Apr 26 2018 19:38:27     Tax Collector/Sheriff,
             701 N Columbia St.,   Parish of St. Tammany Courthouse,   Covington, LA 70433-2760
3606668    +E-mail/Text: ustpregion05.nr.ecf@usdoj.gov Apr 26 2018 19:38:29     United States Trustee,
             Texaco Center,   400 Poydras Street,   Suite 2110,   New Orleans, LA 70130-3238
                                                                                             TOTAL: 5
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*        +Cleco Power, LLC,   Wheelis & Rozanski,    P.O. Box 13199,   Alexandria, LA 71315-3199
3606674*    Experian,   Business Info Services,    Costa Mesa, CA 92626
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2018 at the address(es) listed below:
```
          Amanda Burnette George    on behalf of U.S. Trustee Office of the  U.S. Trustee
           amanda.b.george@usdoj.gov
          Catherine Noel Steffes Melancon    on behalf of Interested Party    Bayou Liberty Association, Inc.
           nmelancon@steffeslaw.com,
           schassaing@steffeslaw.com;akujawa@steffeslaw.com;nmelancon@ecf.courtdrive.com
          Leann Opotowsky Moses    on behalf of Interested Party    Whitney Bank moses@carverdarden.com,
           langley@carverdarden.com
          Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
          Robin R. DeLeo    on behalf of Debtor    Bayou Haven Bed & Breakfast, LLC
           deleolawfirm@northshoreattorney.com, legalassistant@northshoreattorney.com,
           info@northshoreattorney.com,robin@northshoreattorney.com;deleorr72621@notify.bestcase.com
          Stephen D. Wheelis    on behalf of Creditor    Cleco Power, LLC steve@wheelis-rozanski.com,
           jennifer@wheelis-rozanski.com
          Wayne M. Aufrecht    on behalf of Debtor    Bayou Haven Bed & Breakfast, LLC
           wayne@northshorefirm.com, waufrecht434@gmail.com;r42085@notify.bestcase.com
```

```
District/off: 053L-2          User: am                  Page 2 of 2              Date Rcvd: Apr 26, 2018
                              Form ID: pdf964           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 7