# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **BAYOU HAVEN BED & BREAKFAST, LLC** | **CASE NUMBER: 18-10570** |
| **DEBTORS** | **CHAPTER 11** |
| | **DEBTORS SECTION: "A"** |

**************************************************************************

## ORDER

Considering the above and foregoing Ex Parte Motion to Enroll as Additional Counsel of Record for Bayou Liberty Association (**P-40**):

**IT IS HEREBY ORDERED** that Ross F. Lagarde of Ross F. Lagarde, APLC be enrolled as additional counsel of record for Bayou Liberty Associations, Inc., in these proceedings.

**IT IS FURTHER ORDERED** that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 1, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge