UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:

| | |
|---|---|
| **BAYOU HAVEN BED & BREAKFAST, LLC** | **CASE 18-10570** |
| **DEBTOR** | **CHAPTER 11** |
| | **SECTION: A** |

## ORDER

Considering the Ex Parte Motion to Continue Motion to Lift Stay and Request for Evidentiary Hearing ("Motion") filed by Bayou Haven Bed & Breakfast, LLC (**P-37**) and the Status Conference held by the Court with the parties on May 2, 2018:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and that the hearing currently set for May 8, 2018 at 2:00 p.m. on the Motion for Relief from Stay (**P-17**) be and is hereby **CONTINUED** to **TUESDAY, JUNE 19, 2018 at 9:00 a.m. through WEDNESDAY, JUNE 20, 2018.**

**IT IS FURTHER ORDERED** that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 2, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge