**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:

| | |
|---|---|
| BAYOU HAVEN BED & BREAKFAST, LLC | CASE 18-10570 |
| DEBTOR | CHAPTER 11 |
| | SECTION: A |

# ORDER

Considering the Ex Parte Motion to Extend Date for Filing Opposition ("Motion") (**P-39**):

**IT IS HEREBY ORDERED** that the Motion is **MOOT**, as the Motion to Lift the Automatic Stay under 11 U.S.C. § 362(d)(1), or in the Alternative, Enforce the Provisions of 28 U.S.C. § 959(b) (**P-17**) was continued to June 19, 2018 through June 20, 2018.

**IT IS FURTHER ORDERED** that counsel for Mover shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 2, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge