## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-10569 |
| BAYOU HAVEN BED & BREAKFAST, LLC DEBTOR | CHAPTER 11 |
| | SECTION "A" |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2018 a true and correct copy of the Order Mooting Motion to Extend Time for Filing Opposition, Motion to Life Stay Continued (P-44) has been sent by electronic filing and/or mailed with postage prepaid to:

| | |
|---|---|
| US Trustee Office | USTPRegion05.NR.ECF@usdoj.gov |
| Amanda Burnette George | Amanda.B.George@usdoj.gov |
| Noel Steffes Meloncon<br>Attorney for Bayou Liberty Association | nmelancon@steffeslaw.com |
| Stephen D. Wheelis<br>Wheelis & Rozanski | steve@wheelis-rozanski.com |
| Robin DeLeo<br>The DeLeo Law Firm | robin@northshoreattorney.com |
| American Crescent Elevator<br>310 Stephens St.<br>Picayune, MS 39466 | Floorworks & Blinds<br>1860 Short Cut Road<br>Slidell, LA 70458 |
| Cleco<br>PO Box 660228<br>Dallas, TX 75266 | Iberia Bank Commercial<br>PO Box 23078<br>Columbus, GA 31902-3078 |
| Dana Johnson<br>42379 Greens View Drive<br>Gonzales, LA 70737 | Lloyd Dennis<br>26 Inlet Cove Loop<br>Slidell, LA 70458 |